UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID A. NELSON,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>LINDA S. McMAHON,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant | Civil No.  C06-5547RJB<br><br><br><br><br>ORDER FOR EXTENSION OF TIME |

　　　Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including March 13, 2007, to file Defendant's answering brief.  It is further ORDERED that Plaintiff shall have to and including April 3, 2007, to file Plaintiff's Reply Brief.

　　　DATED this 9th day of February, 2007.

　　　　　　　　　　　　　　　　**/s/ J. Kelley Arnold**

Page 1　　　ORDER - [C06-5547RJB]

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Joanne Dantonio
JOANNE DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2730
Fax:      206-615-2531
joanne.dantonio@ssa.gov

Page 2          ORDER - [C06-5547RJB]