# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID A. NELSON                                       JUDGMENT IN A CIVIL CASE

        v.

MICHAEL J. ASTRUE,                                    CASE NUMBER: C06-5547RJB
Commissioner of Social Security

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      Based on the stipulation of the parties, this case is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. sec. 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. sec. 2412(d).


March 2, 2007                                         BRUCE RIFKIN
                                                      Clerk


                                                      /s/Dara L. Kaleel
                                                      By Dara L. Kaleel, Deputy Clerk